IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY STEPHENS                                                              PLAINTIFF
#176094

v.

Case No. 4:19-cv-174 BSM

DOES, et al.                                                                  DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 41] has been received. After careful review of the record, the RD is adopted, and defendants' motion for summary judgment is denied.

IT IS SO ORDERED this 10th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE