IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY STEPHENS**                                                                  **PLAINTIFF**
ADC #145440

v.                    **CASE NO. 4:19-CV-00174 BSM**

**DOES,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 66] has been received. After reviewing the record *de novo*, the RD is adopted. The defendants' motion for summary judgment [Doc. No. 56] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day June, 2020.

                                                      UNITED STATES DISTRICT JUDGE